# Schedule CC

SCHEDULE "CC"
LEGAL DESCRIPTION

FEE, EXCLUDING MINERALS

Cameron County, Texas

Tract: RGV-BRP-1007

Owners: Luciano Ortiz (a/k/a Luciano Ortiz Trevino), Luciano Ortiz Cantu, Maria Ortiz Cantu, Estefana Ortiz Cantu, Mary Frazier, Herbert Timothy (Tim) Frazier

Acres: 0.5016

Being a 0.5016 acre (21,851 square feet calculated from surface measurements) parcel of land, situated in Cameron County, Texas, located in the Potrero Del Espiritu Santo Jose Salvador De La Garza Survey, A-2, said 0.5016 acre parcel being out of a 4.523 acre remainder tract from a 27.41 acre tract described as Share No. 8 and allotted to Narcisa Cantu de Ortiz in a partition deed recorded in Volume 124, Page 556 of the Deed Records of Cameron County (D.R.C.C.), an affidavit of heirship mentioning Narcisa Cantu (deceased), Luciano Ortiz, AKA Luciano Ortiz Trevino, Luciano Ortiz Cantu, Maria Ortiz Cantu and Estefana Ortiz Cantu is recorded in Volume Q, Page 387 of the Suppmental Deed Records of Cameron County, said 0.5016 acre parcel being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found at the common northerly corner between said 4.523 acre remainder tract and a 4.807 acre remainder tract from a 7.11 acre tract described as Three acres and as Third Tract (4.11 acres) in a deed from Augustine Celaya, Jr. to Pilar Cabrera and recorded in Volume 735, Page 410 D.R.C.C., said point also being in the existing southerly right-of-way (100 FOOT ROW) of U. S. Highway Number 281, thence as follows:

SOUTH 07°34'22" WEST, along the common line between said 4.523 and 4.807 acre tracts a distance of 336.96 feet to a 5/8 inch iron with a yellow plastic cap marked RODS SURVEYING INC set for the POINT OF BEGINNING of the herein described parcel, said point having grid coordinates of X=1,284,753.68 and Y=16,513,595.43, said point being the northwesterly corner of the herein described parcel, all bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, North American Datum of 1983, CORS 96 adjustment, all distance are grid and can be converted to surface by multiplying by a combined scale factor of 0.99996;

THENCE, SOUTH 83°36'13" EAST, along the northerly line of the herein described parcel a distance of 363.99 feet to a 5/8 inch iron with a yellow plastic cap marked RODS SURVEYING INC set for the northeasterly corner of the herein described parcel, said point being in the westerly line of a 4.383 acre remainder from a 25.91 acre tract described in a deed from Dr. Francis F. Calderoni to Andrea S de Vera recorded in Volume 327, Page 422 D.R.C.C.;

THENCE, SOUTH 07°13'33" WEST, along the common line between said 4.807 and 4.4 acre tracts at a distance of 13.50 feet passing a 4.5 inch steel pipe with a brass disk set in concrete and marked INTERNATIONAL BOUNDARY COMMISSION UNITED STATES – MEXICO COMISION DE LIMITES found at the northeasterly corner of a 1.82 acre levee tract described as Second Tract Levee in a deed from Luciano Ortiz, et al to Cameron County and recorded in

Volume 280, Page 627 D.R.C.C., in all a distance of 60.01 feet to a 5/8 inch iron with a yellow plastic cap marked RODS SURVEYING INC set at the southeasterly corner of the herein described parcel, said point also being in the existing northerly toe of slope of the existing levee;

THENCE, NORTH 83°36'13" WEST, along the southerly line of the herein described parcel and along the existing northerly toe of slope of the existing levee a distance of 364.35 feet to a 5/8 inch iron with a yellow plastic cap marked RODS SURVEYING INC set at the southwesterly corner of the herein described parcel, said point also being in the common line between said 4.523 and 4.807 acre tracts;

THENCE, NORTH 07°34'22" EAST, along said common line at a distance of 44.07 feet passing a 4.5 inch steel pipe with a brass disk set in concrete and marked INTERNATIONAL BOUNDARY COMMISSION UNITED STATES – MEXICO COMISION DE LIMITES found at the northwesterly corner of said 1.82 acre levee tract, in all a distance of 60.02 feet to the POINT OF BEGINNING and containing 0.5016 acres (21,851 square feet calculated from surface measurements).

Tract:  RGV-BRP-1007

# Schedule DD

SCHEDULE "DD"
FEE, EXCLUDING MINERALS



LAND TO BE CONDEMNED

Tract:  RGV-BRP-1007
Owners: Luciano Ortiz (a/k/a Luciano Ortiz Trevino), Luciano Ortiz Cantu, Maria Ortiz Cantu, Estefana Ortiz Cantu, Mary Frazier, Herbert Timothy (Tim) Frazier
Acres:  0.5016
Cameron County, Texas

# Schedule EE

SCHEDULE "EE"
ESTATE TAKEN

FEE, EXCLUDING MINERALS

Cameron County, Texas

Tract:  RGV-BRP-1007

Owners:  Luciano Ortiz (a/k/a Luciano Ortiz Trevino), Luciano Ortiz Cantu, Maria Ortiz Cantu, Estefana Ortiz Cantu, Mary Frazier, Herbert Timothy (Tim) Frazier

Acres:  0.5016

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines.  The estate taken is made subject to a dominant easement appurtenant for access in common with others (including the United States) at the location depicted on the map attached as Exhibit A ("Easement Appurtenant").  The Easement Appurtenant provides Owner with a right of way from Owner's property lying north of the border barrier; along the northern boundary of lands acquired for but not improved with the border barrier at least 10 feet in width;  to and across lands acquired for the border barrier purposes, including the right to pass at all times through an opening in said border barrier or gate identified on Exhibit A as Gate O-17-2 (Flores Headquarters); then along the southern boundary of lands acquired for but not improved with the border barrier at least 10 feet in width, to Owner's property lying south of the said border barrier.  The Easement Appurtenant shall run with title to that real estate of the Owner lying between the Rio Grande River and the border barrier that would benefit from a right of way.

      The estate taken excepts and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier.

      The Easements Appurtenant reserved to the landowner(s) and their successors and assigns to travel across and along the crown of the IBWC levee, if any, is made subject to the operational needs of the United States, through the International Boundary and Water Commission, for constructing, operating, and maintaining suitable levees and for flood control purposes.

EXHIBIT A



Tract: RGV-BRP-1007
Owners: Luciano Ortiz (a/k/a Luciano Ortiz Trevino), Luciano Ortiz Cantu, Maria Ortiz Cantu, Estefana Ortiz Cantu, Mary Frazier, Herbert Timothy (Tim) Frazier

Cameron County, Texas