**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   1:08-cv-00196 |
| | § | |
| 0.48 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN CAMERON COUNTY, | § | |
| TEXAS, ESTATE OF LUCIANO ORTIZ, | § | |
| *et al.,* | § | |
| *Defendants.* | § | |

### UNITED STATES OF AMERICA'S NOTICE OF SETTLEMENT

Plaintiff, United States of America ("United States"), files this Notice of Settlement to inform the Court that all issues in the above-styled case have been resolved by the parties. The United States anticipates the parties will file with the Court all documents resolving the above-styled case within twenty-one (21) days from the filing of this notice.

Sincerely,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By:    *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
**UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS**
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 22, 2021, I mailed a true and correct copy of the foregoing document via regular mail and/or email to all named parties in this case.

By: *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney